ORDER
PER CURIAM.
In a panel opinion dated April 16, 2002, the Court denied the appellant’s application for fees and expenses pursuant to Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), finding that the position of the Secretary was substantially justified. Smith v. Principi, 16 Vet.App. 71 (2002). On May 7, 2002, the appellant filed a motion for reconsideration and an alternative motion for a full Court decision.
On consideration of the foregoing and the record on appeal, it is
ORDERED by the panel that the appellant’s motion for reconsideration is denied. It is further
ORDERED by the en banc Court that the appellant’s motion for a full Court decision is denied.